BCS:gh

#25017

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY HARTMAN | FILED: JULY 2, 2008 |
| Plaintiff, | 08CV3784 |
| | JUDGE HOLDERMAN |
| vs. | MAGISTRATE JUDGE BROWN |
| MEIJER, INC. | MKH |
| Defendant. | |

Civil Action No:
Circuit Court for 12th Judicial
Circuit of Will County, Illinois
Case No.: 08 L 454

## NOTICE OF REMOVAL

NOW COMES the defendant, MEIJER, INC., by and through its attorneys, PRETZEL & STOUFFER, CHARTERED, and hereby removes this civil action being case number 08 L 454 from the Circuit Court for the Twelfth Judicial Circuit - Will County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 USC §1441 and 1332. In support thereof, the defendant states as follows:

1. This action was commenced against the named defendant in the Circuit Court for the Twelfth Judicial Circuit of Will County, Illinois on May 30, 2008. The plaintiff's Complaint at Law was served upon the defendant on June 12, 2008. This notice is filed within 30 days after service of the Complaint upon this defendant.

2. At the time the action was commenced, the plaintiff, Dorothy Hartman, was a citizen of the State of Illinois. Defendant, Meijer, Inc., was a corporation organized and existing under the laws of the state of Michigan. The defendant corporation has its principal place of business in Michigan.

3.      Plaintiff has filed a complaint seeking recovery for personal injuries suffered in a fall at the defendant's facility which allegedly caused serious personal injury and damage. Plaintiff is claiming pain, suffering, disability and loss of a normal life. Plaintiff claims these injuries and expenses exceed the State Court's jurisdictional limit of $50,000. Based on this information, there is a good faith basis to assert that the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      This action is a civil one of which the United States district courts have original jurisdiction under 28 USC §1332. This Notice of Removal is filed in the United States District Court for the Northern District of Illinois, Eastern Division, which is the district and division in which the State action is pending.

5.      The defendant attaches to this Notice copies of process, pleadings, and order that have been served upon it as Exhibit A.

WHEREFORE, the defendant, MEIJER, INC., by and through its attorneys, PRETZEL & STOUFFER, CHARTERED, pray that this cause be removed to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

MEIJER, INC.

By: ___/s/Brian C. Sundheim___
One of their Attorneys

Amy J. Thompson
Brian C. Sundheim
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
312-346-1973

BCS:gh                                                                    #25017

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY HARTMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No: |
| | ) | Circuit Court for 12th Judicial |
| vs. | ) | Circuit of Will County, Illinois |
| | ) | Case No.: 08 L 454 |
| MEIJER, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ATTESTATION

Brian C. Sundheim, Esq., being first duly sworn on oath, deposes and states as follows:

1.  That he is the attorney for the defendant/petitioner, Meijer, Inc., in this cause.

2.  He has prepared and read the Notice of Removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3.  The facts and allegations contained in the Notice of Removal are true and correct to the best of his knowledge.

                                        Respectfully submitted,


                                        /s/Brian C. Sundheim
                                            Brian C. Sundheim

PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Phone: 312-578-7466
Fax:   312-346-8252
Bsundheim@pretzel-stouffer.com
Attorney for Defendant

# EXHIBIT A

**NATIONAL REGISTERED AGENTS, INC.**

RECEIVED JUN 12 2008 LEGAL DEPT.

SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: ROBERT J. VERHEULEN
MEIJER, INC.
2929 WALKER AVENUE NW
GRAND RAPIDS, MI 49544-

To: RM
TP
R
06-12-08

SOP Transmittal # IL53881

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: MEIJER, INC.
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of ILLINOIS on this 10 day of June, 2008. The following is a summary of the document(s) received:

1. **Title of Action:** Dorothy Hartman VS. Meijer, Inc.

2. **Document(s) served:**

   **X** Summons        __ Subpoena              __ Injunction
   __ Complaint         __ Third Party Complaint __ Notice of
   __ Petition          __ Demand for Jury Trial __ Mechanics Lien
   __ Garnishment       __ Default Judgement     __ Other:

3. **Court of Jurisdiction/** Circuit Court Will County, IL
   **Case & Docket Number:** 08 L 454

4. **Amount Claimed, if any:**

5. **Method of Service** (select one):
   **X** Personally served by:   __ Process Server      **X** Deputy Sheriff    __ U.S Marshall
   __ Delivered Via:             __ Certified Mail       __ Regular Mail       __ Facsimile
                                 (Envelope enclosed)     (Envelope enclosed)
   __ Other (Explain):

6. **Date and Time of Service:** 6/10/2008 2:29:23 PM CST (GMT -6)

7. **Appearance/Answer Date:** 30 Days

8. **Plaintiff's Attorney:** James E. Dahl
   (Name, Address & Telephone Number) 225 W. Washington Street
   Suite 1640
   Chicago, IL 60606
   312-641-3245

9. **Federal Express Airbill #** 790523759507

10. **Call Made to:** VM - ROBERT J. VERHEULEN

11. **Special Comments:**

**NATIONAL REGISTERED AGENTS, INC.**    Copies To:

Transmitted by: Courtney Hightower

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

## NATIONAL REGISTERED AGENTS, INC.

### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: ROBERT J. VERHEULEN
MEIJER, INC.
2929 WALKER AVENUE NW
GRAND RAPIDS, MI 49544-

SOP Transmittal # IL53881

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: MEIJER, INC.
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of ILLINOIS on this 10 day of June, 2008. The following is a summary of the document(s) received:

1. **Title of Action:** Dorothy Hartman VS. Meijer, Inc.

2. **Document(s) served:**

   - [X] Summons
   - [ ] Complaint
   - [ ] Petition
   - [ ] Garnishment
   - [ ] Subpoena
   - [ ] Third Party Complaint
   - [ ] Demand for Jury Trial
   - [ ] Default Judgement
   - [ ] Injunction
   - [ ] Notice of
   - [ ] Mechanics Lien
   - [ ] Other:

3. **Court of Jurisdiction/** Circuit Court Will County, IL
   **Case & Docket Number:** 08 L 454

4. **Amount Claimed, if any:**

5. **Method of Service** (select one):
   - [X] Personally served by:
   - [ ] Delivered Via:
   - [ ] Other (Explain):
   - [ ] Process Server
   - [ ] Certified Mail (Envelope enclosed)
   - [X] Deputy Sheriff
   - [ ] Regular Mail (Envelope enclosed)
   - [ ] U.S Marshall
   - [ ] Facsimile

6. **Date and Time of Service:** 6/10/2008 2:29:23 PM CST (GMT -6)

7. **Appearance/Answer Date:** 30 Days

8. **Plaintiff's Attorney:** James E. Dahl
   (Name, Address & Telephone Number)
   225 W. Washington Street
   Suite 1640
   Chicago, IL 60606
   312-641-3245

9. **Federal Express Airbill #** 790523759507

10. **Call Made to:** VM - ROBERT J. VERHEULEN

11. **Special Comments:**

NATIONAL REGISTERED AGENTS, INC.          Copies To:

Transmitted by: Courtney Hightower

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ACKNOWLEDGEMENT COPY - INITIAL AND RETURN TO NRAI

STATE OF ILLINOIS)
                 )SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

DOROTHY HARTMAN

VS                                              CASE NO: 08 L 454

MEIJER, INC.

## SUMMONS

To each defendant: Meijer, INc., R/A: National Registered Agents, Inc., 200 W. Adams Street, Chicago, IL  60606

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court Will County Court Annex County _____ Building, Room 213, 57 N. Ottawa, Joliet _____, Illinois within 30 days after service

(Address)    (City)                                                    of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned to endorsed.

This summons may not be served later than 30 days after its date.

WITNESS: JUN 0 3 2008 , 20____

PAMELA J. McGUIRE

(Seal of Court)

PAMELA J. McGUIRE
Clerk of the Circuit Court
BY:_____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
NAME: James E. Dahl
ARDC# 0568724
Attorney for: Plaintiff
Address: 225 W. Washington St., Suite 1640
City: Chicago, IL  60606
Telephone: 312/641-3245

IN THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| DOROTHY HARTMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 L 454 |
| | ) | |
| MEIJER, INC., | ) | |
| Defendant. | ) | |

2008 MAY 30 AM 11:38
CLERK...
WILL COUNTY, ILLINOIS

## COMPLAINT AT LAW

Plaintiff, Dorothy Hartman, by and through her attorneys, Dahl & Bonadies, states by way of Complaint at Law against Defendant, Meijer, Inc., ("Meijer"), as follows:

### Parties

1. Plaintiff, Dorothy Hartman ("Hartman") is, and at all times relevant to this action was, a resident of DuPage County, Illinois.

2. Defendant, Meijer, Inc., ("Meijer") is, and at all times relevant to this action was, a corporation engaged in the business of providing goods and services to the general public at a store located at 225 N. Weber Road in Bolingbrook, Will County, Illinois, zip code 60440 (the "Store").

### Jurisdiction And Venue

3. This Court has jurisdiction over the parties to this dispute and the subject matter of this dispute.

4. This Court is the appropriate venue within which to adjudicate this dispute by reason of the fact that the Store is in this county and the acts complained of occurred in this county.

Initial case management set for
9-17-08 at 9 am

**Background**

5. Meijer, at all times relevant to this action, owned and operated the Store at which it sold goods to the public.

6. On October 2, 2007, Hartman was shopping at the Store in the area at which produce was displayed for consumers to purchase ("the produce department").

7. At all times relevant to this cause of action, Meijer knew or should have known that grapes in the produce department were packaged in "ziplock" re-sealable bags ("Bags") which could be, and often were, opened by Store customers who wised to sample grapes or move grapes from one bag to another.

8. At all times relevant to this cause of action, Meijer knew or should have known that storing and displaying grapes in the Bags invited and encouraged customers to open the ziplock bags for the purposes of sampling the grapes or moving grapes from one bag to another.

9. At all times relevant to this cause of action, Meijer knew or should have known that the handling of grapes by its customers resulted in grapes falling to the Store floor.

10. At all times relevant to this cause of action, Meijer knew or should have known that grapes on the floor presented a dangerous situation and could cause Meijer customers, including Hartman, to slip and fall to the floor after stepping on a grape.

11. As Hartman was walking in the produce department at Meijer on October 2, 2007, she stepped on a grape which caused her to slip and fall to the floor.

## COUNT I
## NEGLIGENCE

1-11. Plaintiff incorporates paragraphs 1 through 11 above as paragraphs 1 through 11 of this Count I.

12. At all times relevant to this cause of action, Meijer owed to Hartman a duty to exercise reasonable and ordinary care with respect to her safety, including, but not limited to, cleaning the floor, aisles and walkways located in the Store and removing dangerous conditions from the floor, aisles and walkways.

13. At all times relevant to this cause of action, Meijer owed to Hartman a statutory duty under 740 ILCS 130/2 of reasonable care under the circumstances regarding the state of the Store premises or acts done or omitted on them.

14. Meijer breached its duty of care which it owed to Hartman and breached its statutory duty of care in that Meijer negligently did or failed to do the following:

   a. failed to warn customers, including Hartman, of the dangerous condition presented by grapes on the floor;

   b. failed to instruct customers to refrain from opening the bags containing the grapes;

   c. failed to take reasonable care to eliminate the risk of grapes falling to the floor in the produce department because it packaged the grapes in bags which could be easily opened by customers in the Store;

   d. failed to inspect and clean the floor.

15. As a direct and proximate result of one or more of the aforementioned breaches of the duty of care owed to Hartman by Meijer, one or more grapes was left on the floor and aisles of the store and Hartman stepped on a grape causing her to slip, lose her balance and fall to the floor.

16. As a direct and proximate result of one or more of the aforementioned breaches of the duty of care owed to Hartman by Meijer, Hartman sustained severe and permanent personal

injuries; Hartman has been permanently disabled; Hartman has incurred and will incur in the future substantial medical bills; and Hartman has been unable to attend to her ordinary daily affairs.

WHEREFORE, plaintiff, Dorothy Hartman, respectfully requests this Court to enter judgment in her favor and against Meijer in an amount greater than $50,000.00 plus the costs incurred in connection with the prosecution of this action.

| | |
|---|---|
| JAMES E. DAHL<br>THOMAS J. OLSON<br>DAHL & BONADIES<br>225 W. Washington St., Suite 1640<br>Chicago, IL 60606<br>312/641-3245 | Respectfully submitted,<br><br>DOROTHY HARTMAN<br><br>By: _____<br>One of Her Attorneys |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CENTRAL DUPAGE HOSPITAL | | 2 | | | | 3a PAT CNT | 5246135001 | | | | 4 TYPE OF BILL |
| DEPT 4698 | | | | | | | | | | | 0111 |
| CAROL STREAM IL 60122469 | | | | | | 5 FED. TAX NO. 0001 | 6 STATEMENT COVERS PERIOD FROM THROUGH | | | | 7 R1 |
| 6306821600 | | | | | | | 362513909 | 100207 | 100607 | | |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS a 215B N WASHINGTON ST | | | | | |
|---|---|---|---|---|---|---|---|
| b HARTMAN, DOROTHY E | | b WHEATON | | | | c IL | d 60187 e US |

| 10 BIRTHDATE | 11 SEX | 12 DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04241929 | F | 100207 | 19 | 2 | 4 | 13 | 03 | C5 | | | | | | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| | | | | | | |

| 38 | | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| MEIJERS | | | a 01 | 1440.0080 | | 4 | | |
| 755 E BOUGHTON RD | | | b | | | | | |
| BOLINGBROOK IL 60440 | | | c | | | | | |
| | | | d | | | | | |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 0120 | ROOM-BOARD/SEMI | 1440.00 | | 4 | 5760.00 | | |
| 2 | 0250 | PHARMACY | | | 23 | 1887.50 | | |
| 3 | 0258 | IV SOLUTIONS | | | 6 | 160.25 | | |
| 4 | 0270 | MED/SURG SUPPLIES | | | 46 | 4022.50 | | |
| 5 | 0272 | STERILE SUPPLY | | | 3 | 966.00 | | |
| 6 | 0278 | OTHR IMPLNTS | | | 4 | 3522.00 | | |
| 7 | 0300 | LAB | | | 16 | 1023.08 | | |
| 8 | 0320 | DX X-RAY | | | 1 | 833.25 | | |
| 9 | 0324 | DX CHEST XRAY | | | 1 | 405.25 | | |
| 10 | 0360 | OR SERVICES | | | 3 | 2550.50 | | |
| 11 | 0370 | ANESTHESIA | | | 2 | 301.75 | | |
| 12 | 0420 | PHYSICAL THERP | | | 10 | 997.00 | | |
| 13 | 0430 | OCCUPATION THERP | | | 4 | 579.00 | | |
| 14 | 0636 | DRUGS/DETAIL CODE | | | 4 | 40.00 | | |
| 15 | 0637 | TABS/CAPS/OINTMENTS | | | 49 | 487.25 | | |
| 16 | 0710 | RECOVERY ROOM | | | 1 | 618.00 | | |
| 17 | 0730 | EKG/ECG | | | 1 | 197.50 | | |
| 23 | 0001 | PAGE 1 OF 1 | CREATION DATE 101807 | | TOTALS | 24350.83 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1003864810 |
|---|---|---|---|---|---|---|---|
| A MEIJERS | | Y | Y | | 24350.83 | 57 | |
| B MEDICARE | 140242 | Y | Y | | | OTHER | 140242 |
| C BLUE CROSS 121 | 0363 | Y | Y | | | PRV ID | 0363 |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| A HARTMAN, DOROTHY E | 18 | 479327060 | INPTOUTPT | G07159802 |
| B HARTMAN, DOROTHY E | 18 | 479327060A | INPT MED 2NDAR | |
| C HARTMAN, DOROTHY E | 18 | XOS850309742 | INPT 2NDRY | 069945 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A G07159802 | | RETIRED |
| B | | RETIRED |
| C | | |

| 66 DX | 82009 | 8082 | 4019 | 78039 | 73300 | 4439 | 4241 | 4263 | 2724 | 68 |
|---|---|---|---|---|---|---|---|---|---|---|
| | V5866 | | | | | | | | | |

| 69 ADMIT DX | 8208 | 70 PATIENT REASON DX | | | 71 PPS CODE | 485 | 72 ECI | E8859 | E8496 | | 73 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a OTHER PROCEDURE CODE DATE | b OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING | 1457455750 | QUAL 0B03608755 |
|---|---|---|---|---|---|---|
| 7855 100307 | | | | LAST HENG | | FIRST JOAQUIN |
| c OTHER PROCEDURE CODE DATE | d OTHER PROCEDURE CODE DATE | e OTHER PROCEDURE CODE DATE | | 77 OPERATING | 1689663874 | QUAL 0B0360628 |
| | | | | LAST WATT | | FIRST DAVID |

| 80 REMARKS | 81CC B3282N00000X | 78 OTHER | NPI | QUAL |
|---|---|---|---|---|
| | b | LAST | | FIRST |
| | c | 79 OTHER | NPI | QUAL |
| | | LAST | | FIRST |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997

THE CERTIFICATIONS ON THE REVERSE SIDE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Notice of Removal, Appearance, Jury Demand, Civil Action Cover Sheet, and Answer to Complaint at Law were filed electronically this 2nd day of July, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

James E. Dahl
Dahl & Bonadies
225 W. Washington St.
Suite 1640
Chicago, IL 60606
312-641-3245
jdahl@dahlfirm.com

/s/Brian C. Sundheim

IL Bar No.  ARDC # 6192612
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois  60606
(312) 346-1973 - Phone
(312) 346-8242 - Fax
Bsundheim@pretzel-stouffer.com
*Attorneys for Defendant*