470-064239                                    BCS:gh                                   #25017

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
                                                    FILED: JULY 2, 2008
                                                    08CV3784
DOROTHY HARTMAN              )                      JUDGE HOLDERMAN
                             )                      MAGISTRATE JUDGE BROWN
           Plaintiff,        )                      MKH
                             )      Civil Action No:
                             )      Circuit Court for 12th Judicial
vs.                          )      Circuit of Will County, Illinois
                             )      Case No.: 08 L 454
MEIJER , INC.                )
                             )
                             )
           Defendant.        )
```

**JURY DEMAND**

The undersigned, as attorney, enters the Jury Demand of the defendant:

**MEIJER, INC.**

                    /s/Brian C. Sundheim
                    Brian C. Sundheim

| | |
|---|---|
| **Name** | PRETZEL & STOUFFER, CHARTERED |
| **Attorney for** | Defendant |
| **Address** | One South Wacker Drive, Suite 2500 |
| **City** | Chicago, IL  60606-4673 |
| **Telephone** | (312) 346-1973 |
| **Insurance Company** | |

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

                    /s/Brian C. Sundheim
                    Attorney for Defendant