IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOROTHY HARTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 CV 3784 |
| MEIJER, INC. | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    The undersigned, attorney for Dorothy Hartman, hereby certifies that the "**Appearance**" was served on August 11, 2008, in accordance with Fed.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

    By: /s/ James E. Dahl
        One of the Attorneys for Dorothy Hartman

JAMES E. DAHL (ARDC # 0568724)
THOMAS J. OLSON (ARDC # 6278169)
DAHL & BONADIES
225 West Washington Street
Suite 1640
Chicago, IL  60606
(312) 641-3245

**SERVICE LIST**

Amy J. Thompson
Brian C. Sundheim
Pretzel & Stouffer, Chartered
One S. Wacker Drive, Suite 2500
Chicago, Illinois 60606